```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

William Yates

    v.                                      Case No. 23-cv-325-SE-TSM

NH Hospital

### ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talisha L. Saint-Marc dated July 15, 2024. For the reasons explained therein, this case is dismissed without prejudice for failure to prosecute. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

                                                          /s/ Samantha D. Elliott  
                                                          Samantha D. Elliott  
                                                          United States District Judge

Date: August 23, 2024

cc: William Yates, pro se